# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

ILLINOIS TAMALE CO.,

Plaintiff(s),

v.

EL-GREG, INC.,

Defendant(s).

Case No. 16 C 5387
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered in favor of plaintiff Illinois Tamale Co. on all of its claims against defendant El-Greg, Inc, awarding Illinois Tamale damages in the total amount of $140,000.

This action was *(check one)*:

☒ tried by a jury with Judge Matthew F. Kennelly presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Matthew F. Kennelly on a motion .

Date: 12/14/2018

Thomas G. Bruton, Clerk of Court

Pamela J. Geringer, Deputy Clerk