IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ILLINOIS TAMALE CO., <br>     an Illinois corporation, <br> <br>                  Plaintiff, <br> v. <br> <br> EL-GREG, INC., <br>     an Illinois corporation, <br> <br>                  Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No.: 1:16-cv-05387 <br> <br> Judge Matthew F. Kennelly <br> <br> Magistrate Judge Susan E. Cox |

## MOTION FOR LEAVE TO EXCEED PAGE LIMITATION *INSTANTER*

Plaintiff, Illinois Tamale Co., respectfully moves this Court for leave for its previously filed Opposition to El-Greg's Rule 50 Motion for Judgment as a Matter of Law and Rule 59 Motion for a New Trial [Dkt. #228] (the "Response") to exceed the page limitation allowed by the Court and Local Rule 7.1 by four pages.

Defendant, El-Greg, Inc., filed a Rule 50 Motion for Judgment as a Matter of Law and a Rule 59 Motion for a New Trial [Dkts. #222-223], totaling 20 pages. Given the significant overlap in the facts and arguments raised in the Motions, Plaintiff believes it may be clearer to respond to both motions in a single response. As a result, Plaintiff required pages in excess of the 15 pages permitted by the local rules.

When Plaintiff asked Defendant if it had an objection to the Motion, Defendant stated that it would not object if it were allowed to file a 20 page response to Plaintiff's 13 page motion. Defendant did not respond to Plaintiff's inquiry as to why they needed so many pages.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order authorizing the Motion to exceed such page limitation.

Dated: February 11, 2019            Respectfully submitted,

                                               s/ Joseph M. Kuo
                                               Joseph M. Kuo – ARDC No. 6216400
                                               Eugene J. Geekie, Jr.– ARDC No. 6195060
                                               Kevin H. Morse – ARDC No. 6297244
                                               Kellie Y. Chen – ARDC No. 6320432
                                               SAUL EWING ARNSTEIN & LEHR LLP
                                               161 N. Clark St, Suite 4200
                                               Chicago, IL  60601
                                               Telephone:   (312) 876-7100
                                               Facsimile:    (312) 876-0288

                                               *Counsel for Plaintiff*
                                               *Illinois Tamale Co.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and thereby caused it to be served on all counsel of record registered to receive such service.

                                            /s/ Joseph M. Kuo