**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JON EASTON, an individual; and <br><br> PRIMAL MODE, INC., an Illinois corporation, <br><br>                   Plaintiffs, <br><br> v. <br><br> PRIMAL WEAR, INC., a Colorado corporation, <br><br>                   Defendant. | Civil Action No. 1:17-cv-6081 <br><br> Judge John J. Tharp Jr. |

## AGREED MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT

On February 7, 2020, the Parties agreed to the principal terms of a settlement to be memorialized in a written agreement subject to final approval of the parties, and hereby respectfully request that the Court postpone the jury trial, scheduled to begin on at 9:00a.m. Monday, February 10, 2020, and stay proceedings for seven days to allow the Parties time to sign a final written settlement agreement.

Dated: February 7, 2020

By: */s/ Joseph V. Norvell*
    Joseph V. Norvell
    NORVELL IP LLC
    1776 Ash Street
    Northfield, Illinois 60093
    courts@norvellip.com
    Phone: (888) 315-0732
    Fax: (312) 268-5063

*Attorneys for Plaintiffs*

IT IS SO STIPULATED and AGREED

By:*/s/ Jeffrey H. Kass*
    Jeffrey H. Kass
    LEWIS BRISBOIS BISGAARD & SMITH LLP
    1700 Lincoln Street, Suite 4000
    Denver, Colorado 80203
    Jeffrey.Kass@lewisbrisbois.com
    Phone: (720) 292-2026
    Fax: (303) 861-7767

*Attorneys for Defendant*